99 A.3d 533

**Mr. Kerium Allen GARRICK, Sr. # 853734–CFCF, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, (Warden (CFCF) Michelle Farrell & Warden) (D.C.) John Delaney, Respondents.**

**No. 105 EM 2014.**

Supreme Court of Pennsylvania.

Sept. 12, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of September, 2014, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.